No. 20,660.

THE STATE OF KANSAS, *Appellee,* V. B. A. MCLEMORE, *Appellant.*

OPINION ON REHEARING.

SYLLABUS BY THE COURT.

CRIMINAL LAW—*Errors in Trial—New Trial Ordered.* A judgment in a criminal action will be reversed where numerous errors have been committed which affect the substantial rights of the defendant and prevent his having a fair trial.

Appeal from Bourbon district court; CHARLES E. HULETT, judge. Opinion on rehearing filed July 7, 1917. Former opinion reversed. (For original opinion of affirmance see 99 Kan. 777, 164 Pac. 161.)

*John L. Connolly, James B. Connolly, A. M. Keene,* and *W. P. Dillard,* all of Fort Scott, for the appellant.

*S. M. Brewster,* attorney-general, *James G. Sheppard,* county attorney, *J. I. Sheppard,* and *W. F. Jackson,* all of Fort Scott, for the appellee.

The opinion of the court was delivered by

MARSHALL, J.: This cause has been reargued and further consideration has been given to the errors committed on the trial of this action, as shown by the former opinion, reported in *The State v. McLemore,* 99 Kan. 777, 164 Pac. 161. In the judgment of the court, the errors there disclosed, when all are considered, were of such a nature that it can not be said that they did not affect the substantial rights of the defendant; and it can not be said that he had a fair trial. A majority of

the court is of the opinion that these errors did affect the substantial rights of the defendant, and did prevent his having a fair trial. For these reasons, the judgment is reversed and a new trial is granted.

MARSHALL, J. (dissenting): I can not concur in the conclusion reached by the court. The former opinion expresses my judgment.

MASON, J., joins in this dissent.